UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In Re:                                                                CASE NO.: 14-BK-31240-KKS

STEVEN LORANT,
 Debtor.
_____

## CHAPTER 13 PLAN

The Debtor submits the following Chapter 13 Plan:

The future earnings of the Debtor are submitted to the control and supervision of the Trustee. The total monthly payment to the trustee will be **$1,855.95** per month for months 1 through 5 and **$1,349.9** per month for months 6 through 59 and **$1,210.00** for month 60. From the payments so received, the Trustee shall make disbursements as follows:

A **PRIORITY CLAIMS**

(1)   The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of ten percent (10%) of all payments under the Plan.

(2) **DAVID BRAUN & ASSOCIATES, P.A.** is owed attorney fees in the amount of $2,300 for filing the instant case. The Trustee shall pay these fees at the rate of $460.00 per month for months 1 through 5.

B. **SECURED CLAIMS**

1. **BB&T Mortgage** holds a first mortgage on Debtor's homestead property. The Debtor shall seek a moification. Upon modification the Debtor shall reaffirm and pay the agreed amount towards the debt The Trustee shall make the monthly mortgage payment in the amount of $1,100.00 until modification.

2. **Navy Federal Credit Union** holds a purchase money security interest in the amount of $7,510.00 for the Debtor's 2008 Dodge Charger which the Trustee shall disburse at the rate of $127.23 per month for months 1-59 for a total of $7,510.00 to pay this creditor in full satisfaction of this debt.

3. **Navy Federal Credit Union** holds a second mortgage on Debtor's homestead property which is wholly unsecured in that there is not enough equity in the property to fund the first mortgage. Debtor will file an adversarial proceeding to value the interest of this creditor to the replacement value of zero, strip the lien for this second mortgage and treat this debt as unsecured debt through this bankruptcy.

C. **UNSECURED CLAIMS** All unsecured creditors, including those secured creditors who have deficiency claims, who timely file valid claims shall receive distribution pro-rata. The Trustee shall distribute to unsecured creditors by a payment of $0.00 per month for months 1 through 60. The total amount paid to unsecured creditors under this Plan will be $0.00.

D. **OTHER PROVISIONS**

   (1) Except for claims of governmental units, any creditor's claim filed after the Bar Date set by the Court will receive no distribution under this Plan unless specifically provided for above, unless debtors file the same on behalf of a creditor.
   (2) All creditors shall retain their liens to the extent permitted by 11 U.S.C. Section 506(d), except as the underlying debts are extinguished under this Plan.
   (3) To satisfy the requirements of Section 365 of the Bankruptcy Code, Debtors hereby assumes all leases and contracts.
   (4) Title to the Debtor's property shall revest in the Debtor upon confirmation of this Plan.
   (5) *Except as provided for in the Plan, the Order confirming the Plan or other court Order, no interest, late charges, penalties, or attorney's fees after the date of case filing will be paid to or assessed by any secured creditor.* 11 U.S.C. Section 1327(a) provides: "The provisions of a confirmed plan bind the debtor and each creditor, whether or not the claim of such creditor provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan."
   (6) **LATE FEES OR ATTORNEYS' FEES**. Once debtor successfully completes the Chapter 13 plan and a discharge is entered by the Court, no creditor shall be entitled to any late fees, attorney's fees, other costs or interest other than the interest contained in the payments provided for by the plan during this bankruptcy, including the life of this plan, except as ordered by this Court, excluding existing student loan claims.

(7) **INSURANCE**. Debtor will keep the collateral that secures any debt paid under this Plan insured as provided for in the agreement between the Debtor and creditor.

Dated this 2nd day of December, 2014.

                                  */s/ David Braun, Esq.*
                                  David Braun, Esquire
                                  Florida Bar No: 151955
                                  P.O. Box 57412
                                  Jacksonville, Florida 32241
                                  davidbraun101@att.net
                                  Attorney for Debtor

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of this Chapter 13 Plan of the Debtor was furnished by CMECF , electronic transmission, and/or U.S. Mail to all creditors and interested parties as listed on the attached creditor matrix on this 2nd of December, 2014.

                                  *David Braun, Esq.*
                                  David Braun, Esq

Steven Lorant
5257 Chumuckla Highway
Milton, FL 32571

Nex Card Military Star Card
3911 S. Walton Walker
Blvd.Dallas, TX 75236

David Braun
David Braun & Associates
P.O. Box 57412
Jacksonville, FL 32241

Springleaf
P.O. Box 64
Evansville, IN 47701

BB&T
P.O. Box 1847
Wilson, NC 27894

Springleaf Financial Services
601 NW 2nd Street
Evansville, IN 47708

BB&T Mortgage
P.O. Box 580302
Charlotte, NC 28258

Webbank/DFS
P.O. Box 81507
TX 78706

Beneficial Houslehold Finance Co
P.O. Box 3425
Buffalo, NY 14240

Dell Financial
12234 N I-35
Austin, TX 78753

Military Star Card
3911 South Walton Blvd.
Dallas, TX 75238

Miltary Star Take Home
3911 S. Walton Walker Blvd
Dallas, TX 75236

Navy Federal Credit Union
P.O. Box 3700
Merrifield, VA 22119